UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINE WADE,

       Plaintiff,                        Case No. 1:15-cv-00200-RJJ

v.                                  Judge Robert J. Jonker

BENJAMIN LEE SATTLER, et al.,

       Defendants.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE**

     NOTICE is hereby given that the above-captioned case was filed in this court on February 24, 2015.  The case has been assigned to Judge Robert J. Jonker.

                                               TRACEY CORDES
                                               CLERK OF COURT

Dated:  February 25, 2015        By:   /s/ A. Doezema_____
                                              Deputy Clerk